**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-1724**

───────────

RILEY THORNOCK,

        Plaintiff - Appellant,

    v.

BONNIE JAMES,

        Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:25-cv-00453-DJN)

───────────

Submitted:  September 25, 2025            Decided:  September 30, 2025

───────────

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Riley Thornock, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Riley Thornock appeals the district court's order denying his motion to proceed in forma pauperis.[*] "A district court has discretion to grant or deny an in forma pauperis petitioner . . . [based on] a determination of the poverty and good faith of the applicant." *Dillard v. Liberty Loan Corp.*, 626 F.2d 363, 364 (4th Cir. 1980) (internal quotation marks omitted). We have reviewed the record and conclude that the district court did not abuse its discretion. We therefore affirm the district court's order. *Thornock v. James*, No. 3:25-cv-00-453-DJN (E.D. Va. June 17, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The order denying Thornock's motion to proceed in forma pauperis is an immediately appealable order. *Roberts v. U.S. Dist. Ct.*, 339 U.S. 844, 845 (1950).